**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | **8:09CR342** |
| **vs.** | |
| **JEFFREY PHILLIPS,** | **ORDER** |
| **Defendant.** | |

This matter is before the Court on the Defendant's Motion to Amend/Modify Judgment, ECF No. 60. The Defendant seeks to have his 96-month sentence run concurrent with a term of civil commitment he is currently serving in the state of Missouri, as a sexually violent predator. He suggests that such an amendment to the Judgment, entered on March 23, 2010, ECF No. 45, would be consistent with Fed. R. Crim. P. 36 which permits correction of clerical errors arising from oversight or omission.

IT IS ORDERED:

1. The Defendant Jeffrey Phillips's Motion to Amend/Modify Judgment, ECF No. 60, is denied; and

2. The Clerk will send a copy of this Order to the Defendant at his last known address.

Dated this 29th day of November, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge